IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nickolas Howell, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *-vs-* | ) | No. 25-cv-13959 |
| | ) | |
| City of Chicago, Chicago Police Officer Nicu Tohatan, and Geri Lynn Yanow, as special representative for Chicago Police Officer Brandon Renault, deceased, | ) | *(Judge Kness)* |
| | ) | *(Magistrate Judge Valdez)* |
| *Defendants.* | ) | |

## JOINT STATUS REPORT

The parties, by counsel, submit this report pursuant to the Court's Order of February 17, 2026:

### I. Discovery

Plaintiff served Rule 26(a)(1) disclosures on March 20, 2026.

Defendants will serve their Rule 26(a)(1) disclosures by May 20, 2026.

Plaintiff served all Defendants with written discovery requests on May 13, 2026.

### II. Settlement

Plaintiff served Defendants with a settlement demand on April 21, 2026. Defendants are reviewing Plaintiff's demand but have not yet issued their response.

Respectfully submitted,

/s/ Joel A. Flaxman
Joel A. Flaxman
ARDC No. 6292818
Kenneth N. Flaxman
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
jaf@kenlaw.com
*attorneys for plaintiff*

/s/ Michael P. Sheehan (by consent)
Michael P. Sheehan
(msheehan@taftlaw.com)
Barton J. O'Brien
(bobrien@taftlaw.com)
Joan E. Ahn (jahn@taftlaw.com)
Sara J. Schroeder
(sschroeder@taftlaw.com)
Henry Byrne (hbyrne@taftlaw.com)
Taft Stettinius and Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
Telephone: (312) 527-4000
*attorneys for defendant City of Chicago*

/s/ Jack A. Gainer (by consent)
Brian P. Gainer (gainerb@jbltd.com)
Lisa M. McElroy
(mcelroyl@jbltd.com)
Jack A. Gainer (gainerj@jbltd.com)
JOHNSON & BELL, LTD.
33 W. Monroe St., Ste. 2700
Chicago, Illinois 60603
(312) 372-0770
*attorneys for defendants Tohatan and Yanow, as special representative for Renault*